IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASMINE L. MITHCELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 08-00102-CG-B |
| GORDON OAKS HEALTH CARE, INC., | ) |
| Defendant. | ) |

## ORDER

The defendant having advised the court that a settlement has been reached in this action, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. No costs shall be taxed.

**DONE and ORDERED** this 18th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE